UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
SEP 23 2026
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. |
| | ) | FLSD Case Number 26-mj-6561-Augustin-Birch |
| WILLIE ANTWAIN WASHINGTON, | ) | 1:26-cr-170-JRO-TAB |
| Defendant. | ) | |

FILED BY SM D.C.
Sep 28, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**
Assaulting, Resisting, or Impeding Certain Officers or Employees
18 U.S.C. § 111

On or about July 16, 2026, in the Southern District of Indiana, Indianapolis Division, the defendant, WILLIE ANTWAIN WASHINGTON, did forcibly assault, resist, oppose, impede, intimidate, and interfere with A.C., an employee of the United States Postal Service, while A.C. was engaged in the performance of his official duties, and in doing so utilized a dangerous weapon, that is, a baseball bat, all in violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL:

[redacted]
FOREPERSON

THOMAS E. WHEELER II
United States Attorney

By: ______________________________
Kelsey L. Massa
Assistant United States Attorney
mpb